IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES E. EASTHAM, ) | Case No.: 4:07 cv 3115 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER GRANTING PLAINTIFF'S** |
| ) | **MOTION TO EXTEND TIME FOR** |
| THE BURLINGTON NORTHERN SANTA FE ) | **SERVICE OF SUMMONS AND** |
| RAILWAY, n/k/a BNSF RAILWAY ) | **COMPLAINT** |
| COMPANY, a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER, having come before this Court upon the Plaintiff's Motion to Extend Time for Service of Summons and Complaint, filing 7, the Court having reviewed said file and being otherwise fully advised in the premises,

HEREBY GRANTS the Motion.  Plaintiff has until July 12, 2007 to effect service of the Summons and Complaint.

DONE this 15th day of June, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge