IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES E. EASTHAM, | ) Case No.: 4:07 cv 3115 |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING PLAINTIFF'S** |
| | ) **SECOND MOTION TO EXTEND** |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY, n/k/a BNSF RAILWAY COMPANY, a Delaware corporation, | ) **TIME FOR SERVICE OF** |
| | ) **SUMMONS AND COMPLAINT** |
| Defendants. | ) |

　　THIS MATTER, having come before this Court upon the Plaintiff's Second Motion to Extend Time for Service of Summons and Complaint, the Court having reviewed said file and being otherwise fully advised in the premises,

　　HEREBY GRANTS the Motion.  Plaintiff has until September 12, 2007 to effect service of the Summons and Complaint.

　　DONE this 6th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
U.S. Magistrate Judge