IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES E. EASTHAM, ) | Case No.: 4:07 cv 3115 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER GRANTING STIPULATION** |
| THE BURLINGTON NORTHERN SANTA FE ) | **FOR EXTENSION OF TIME** |
| RAILWAY, n/k/a BNSF RAILWAY ) | **WITHIN WHICH TO DESIGNATE** |
| COMPANY, a Delaware corporation, ) | **EXPERT WITNESSES** |
| ) | |
| Defendant. ) | |

THIS MATTER, having come before this Court upon the parties' **STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO DESIGNATE EXPERT WITNESSES**, the Court having reviewed said file and being otherwise fully advised in the premises,

HEREBY GRANTS the Motion, filing 43.

Plaintiff has through and including May 15, 2008 to designate expert witness; Defendant has through and including June 15, 2008 to designate expert witnesses.

DONE this 29th day of April, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge