IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES E. EASTHAM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3115 |
| | ) | |
| v. | ) | |
| | ) | |
| THE BURLINGTON NORTHERN | ) | **MEMORANDUM** |
| SANTA FE RAILROAD | ) | **AND ORDER** |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for extension of time (filing 86) in which to respond to Defendant's motion in limine challenging the admissibility of expert testimony (filing 82). I will grant the motion.

IT IS ORDERED that the motion in filing 86 is granted and Plaintiff shall have until August 10, 2008 to respond to the pending motion in limine challenging the admissibility of expert testimony (filing 82).

July 28, 2008.   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge