IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES E. EASTHAM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3115 |
| | ) | |
| v. | ) | |
| | ) | |
| THE BURLINGTON NORTHERN | ) | **MEMORANDUM** |
| SANTA FE RAILROAD | ) | **AND ORDER** |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have advised the court that they have reached a settlement of their claims. (See filing 89.) Two motions in limine are pending, and I will dismiss them as moot in light of the settlement of this action. Accordling,

IT IS ORDERED that the pending motions in limine (filings 79 & 82) are denied as moot.

August 5, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge